R. Terry Parker, Esquire
RATH, YOUNG and PIGNATELLI, P.C.
120 Water Street, Second Floor
Boston, MA 02109
Telephone: (603) 226-2600
Email: rtp@rathlaw.com

*Attorneys for Plaintiff*
*James Brunker*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BRUNKER,<br><br>            Plaintiff,<br><br>    v.<br><br>BOOKSTR INC.,<br><br>            Defendant. | Case No.: 1:19-cv-04135-KPF |

## PROPOSED ORDER TO SHOW CAUSE

The plaintiff James Brunker ("Plaintiff") having commenced this action against the defendant Bookstr Inc. ("Defendant");

Defendant having been properly served with the Summons and Complaint on May 15, 2019;

Defendant having failed to answer or otherwise respond;

Plaintiff having moved on September 11, 2019 for this Order to Show Cause why a Final Default Judgment should not be entered;

The Court having reviewed Plaintiff's Memorandum of Law in Support of a Final Default Judgment, the Declaration of R. Terry Parker In Support of a Final Default Judgment, and good cause shown;

IT IS HEREBY ORDERED that Defendant show cause on or before the ____ day of _____, 20___, at ____ a.m./p.m., or as soon thereafter as counsel can be heard, in Courtroom 618, 40 Foley Square, New York, New York 10007 on the ____ day of _____, 20__ at ____ a.m./p.m., why a Default Judgment and Permanent Injunction should not be entered against Defendant; and

IT IS FURTHER ORDERED that Defendant's responsive papers must be filed and served upon the attorneys for Plaintiff, by email to rtp@rathlaw.com, by the ____ day of _____, 20__.

SO ORDERED this ____ day of _____, 2019.

_____
Judge Katherine Polk Failla
United States District Judge

## CERTIFICATE OF SERVICE

 I, R. Terry Parker, hereby certify that I caused the foregoing document to be sent to the following by regular mail on the 11th day of September, 2019.

 Bookstr, Inc.
 171 Spring Street, 3rd Floor
 New York, New York 10012

 Bookstr, Inc.
 230 Park Avenue
 New York, NY 10017

            */s/ R. Terry Parker*
            R. Terry Parker